Ikey DeMarzio, as Administrator of the Estate of Carmine DeMarzio, Deceased, Respondent, *v.* Montrose Contracting Company, Appellant.

(Argued December 15, 1932; decided January 10, 1933.)

*James O. Moore* and *Chester McNeil* for appellant.

*Harold Horowitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.